IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02703-LTB

CHRISTOPHER GEORGE TONA,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of Social Security,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 1, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 1 day of March, 2016.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/ A. García Gallegos
                                    Deputy Clerk